IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 0:05-1149-CMC |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Rosalyn Neal, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, proceeding *pro se*, seeks relief in this court pursuant to 28 U.S.C. § 2255. Defendant raises three claims in her motion. The Government filed a motion for summary judgment. Pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the court advised Defendant of the summary judgment procedure and the consequences if she failed to respond. Defendant has filed her response[1] and the matter is ready for resolution.

The court has reviewed the complete record in this case. For the reasons stated in the Government's response, which this court finds to be correct and adopts as its findings, the court grants the Government's motion for summary judgment as to all three of Defendant's claims for relief.

**IT IS THEREFORE ORDERED** that the Government's Motion for Summary Judgment is **GRANTED.** The motion under 28 U.S.C. § 2255 is *dismissed with prejudice*.

---

[1] On April 21, 2008, Defendant filed a motion for extension of time until April 23, 2008, to file her response to the Government's motion. The court granted the motion, and Defendant's response was received for filing on April 21, 2008.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
April 23, 2008

C:\Documents and Settings\baw58\Local Settings\Temp\notesE1EF34\05-1149 Rosalyn Neal e gr sumjgm for reasons stated by Govt.wpd